IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN B. FOLK | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF EDUCATION | : | No. 10-7377 |

**ORDER**

      AND NOW, this 14th day of June, 2012, upon consideration of the defendant DOE Motion for Summary Judgment (paper no. 18), the Folk Response thereto (paper no. 24), the DOE Supplement to the Motion for Summary Judgment (paper no. 27), the DOE Second Supplement to the Motion for Summary Judgment (paper no. 29), and the Folk Response thereto (paper no. 30), the court construing the Folk Response to the DOE Second Supplement to the Motion for Summary Judgment as a Motion for Leave to Amend the Second Amended Complaint, for the reasons stated in the attached memorandum, it is **ORDERED** that:

      1. The DOE Motion for Summary Judgment (paper no. 18) is **GRANTED**.

      2. The Folk Motion for Leave to Amend the Second Amended Complaint (paper no. 30) is **DENIED**.

/s/ Norma L. Shapiro

J.